# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| SHINN FU COMPANY OF AMERICA, INC, et al., ) ) ) Plaintiffs, ) ) v. ) ) DESA LLC, et al., ) ) Defendants. ) | No. 05-0690-CV-W-DW |

## ORDER

Before the Court is the parties' Stipulation for Dismissal of all Claims With Prejudice (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-captioned action *with prejudice*. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.

Date: August 28, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court